# EXHIBIT E
# Notice of Department Reassignment

Electronically Filed
7/1/2024 11:07 AM
Steven D. Grierson
CLERK OF THE COURT

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**
* * * *

| | |
|---|---|
| WHITE ROCKS (BVI) HOLDINGS INC., <br><br> PLAINTIFF(S) <br><br> VS. <br><br> DAVID REICHMAN, DEFENDANT(S) | Case No.: A-24-896359-B <br><br> DEPARTMENT 13 |

**NOTICE OF DEPARTMENT REASSIGNMENT**

NOTICE IS HEREBY GIVEN that the above-entitled action has been randomly reassigned to Judge Mark R. Denton.

☒   This reassignment follows the filing of a Peremptory Challenge of Judge Maria Gall.

ANY TRIAL DATE AND ASSOCIATED TRIAL HEARINGS STAND BUT MAY BE RESET BY THE NEW DEPARTMENT.  PLEASE INCLUDE THE NEW DEPARTMENT NUMBER ON ALL FUTURE FILINGS.

STEVEN D. GRIERSON, CEO/Clerk of the Court

By: /s/ Salevao Asifoa
Salevao Asifoa, Deputy Clerk of the Court

**CERTIFICATE OF SERVICE**

I hereby certify that this 1st day of July, 2024

☒   The foregoing Notice of Department Reassignment was electronically served to all registered parties for case number A-24-896359-B.

/s/ Salevao Asifoa
Salevao Asifoa, Deputy Clerk of the Court