# EXHIBIT H
# Defendants' Peremptory Challenge

Electronically Filed
7/3/2024 2:17 PM
Steven D. Grierson
CLERK OF THE COURT

**CHLG**
Robert A. Rabbat, Esq.
Nevada Bar No. 12633
Teri T. Pham, Esq.
*Pro Hac Vice* forthcoming
ENENSTEIN PHAM GLASS & RABBAT LLP
11920 Southern Highlands Pkwy., Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
rrabbat@epgrlawyers.com
tpham@epgrlawyers.com
*Attorneys for Defendants David Reichman,
Kathy M. Griffin, Frank Benintendo, and
Donald Gilbert and Nominal Defendant
Global Tech Industries Inc.*

# EIGHTH JUDICIAL DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| WHITE ROCKES (BVI) HOLDINGS INC., et al., | Case No. A-24-896359-B<br>Dept. No. 13 |
| Plaintiffs, | |
| vs. | **PEREMPTORY CHALLENGE OF JUDGE** |
| DAVID REICHMAN, et al., | |
| Defendants, | |
| GLOBAL TECH INDUSTRIES INC., | |
| Nominal Defendant. | |

**PEREMPTORY CHALLENGE OF JUDGE**

COMES NOW Defendants DAVID REICHMAN, KATHY M. GRIFFIN, FRANK BENINTENDO, AND DONALD GILBERT, and Nominal Defendant GLOBAL TECH INDUSTRIES INC., by and through their attorney of record, Robert A. Rabbat, Esq., of ENENSTEIN PHAM GLASS & RABBAT, LLP, pursuant to Rule 48.1 of the Nevada Supreme Court Rules, does hereby give notice of their peremptory challenge of the Honorable Mark R. Denton.

Dated: July 3, 2024

**ENENSTEIN PHAM GLASS & RABBAT LLP**

By: _____
Robert A. Rabbat
Nevada Bar Number 12633
*rrabbat@epgrlawyers.com*
Teri T. Pham
*Pro Hac Vice* forthcoming
*tpham@epgrlawyers.com*
11920 Southern Highlands Pkwy., Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
*Attorneys for Defendants David Reichman, Kathy M. Griffin, Frank Benintendo, and Donald Gilbert and Nominal Defendant Global Tech Industries Inc.*

# CERTIFICATE OF SERVICE

Pursuant to Nev.R.Civ.P. 5(b), I hereby certify that on July 3, 2024, I served a true and correct copy of the foregoing **PEREMPTORY CHALLENGE OF JUDGE,** electronically via the court's e-filing system Odyssey eFileNV, including the following interested parties named below:

Chad F. Clement, Esq.
Alexander K. Calaway, Esq.
**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Fax: (702) 382-5816
clement@maclaw.com
acalaway@maclaw.com
*Attorneys for Plaintiffs*

/s/Lauren A. Verbanik
Lauren Verbanik, *Paralegal*