ROBERT A. RABBAT
Nevada Bar #12633
TERI T. PHAM
California Bar #193383
*Pro Hac Vice* forthcoming
**ENENSTEIN PHAM GLASS & RABBAT LLP**
11920 Southern Highlands Parkway, Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
rrabbat@epgrlawyers.com
tpham@epgrlawyers.com
*Attorneys for Defendant*
*Kathy M. Griffin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WHITE ROCKS (BVI) HOLDINGS INC., et al. | Case No. 2:24-cv-01222 |
| Plaintiffs, | **NOTICE OF ERRATA RE PETITION FOR REMOVAL AND REQUEST FOR CORRECTION** |
| vs. | |
| DAVID REICHMAN, KATHY M. GRIFFIN, FRANK BENINTENDO, DONALD GILBERT, DOES I THROUGH X, INCLUSIVE, and ROE CORPORATIONS I THROUGH X, inclusive, | |
| Defendants, | |
| GLOBAL TECH INDUSTRIES INC., | |
| Nominal Defendant. | |

**TO THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the listing of parties on the Court's docket for this matter is incorrect and incomplete. The following individuals and entities should be identified as Plaintiffs in this matter:

1. White Rocks (BVI) Holdings Inc.
2. Richard Hofman
3. Riaz Khatri
4. Bob Weiss
5. Ed Fenne
6. Eric Kimmell
7. John Fee
8. John Bowen
9. Ryan Rang
10. Victor Aina
11. Robert Coleman
12. Jeff Day
13. Phero Nguyen
14. Tim Tucker
15. Tyler Nyhus
16. Andy Beymer
17. Amit Bhasin
18. Dale Greenwald
19. Todd Pomeroy
20. Heath Roach
21. David Murray
22. Brandon Fox D.C.
23. Jonathan Brown,
24. Terrence Brennan

25. George Poponas
26. Frank Palmeri
27. Fernando Padron
28. Gary Ball
29. Lumica Capital, LLC
30. Branden Judkins
31. Kristie Lee VanNoie
32. Lee Wills
33. Myla Bocage
34. Jeff Nielsen
35. Josh Marton
36. Edward Dresp
37. Kim Kepling
38. Drew Sheffield
39. Malcolm White
40. Cayle Sargent
41. Tim Sturgeon
42. Mike Lepore
43. Wanda Norgard
44. Jason Amerson
45. Gary Justak
46. Jorge Umpierre
47. Mikhail Khanukhov
48. Morten Büchert
49. Brian Getman,
50. Roger Wallace Szelmeczka
51. Andrew Levin
52. Rondel Underdue

53. Michelle Brient
54. Jeremy Selsky
55. Sunil Sukhtankar
56. Juan Alvarado
57. Ralph Reuter
58. Ahmed Akel
59. Anat Sapan
60. Kenneth Betts
61. Tim Casey
62. Joe Wichman
63. Joe Bellina
64. Damien J.L. Bresson
65. Oscar Enriquez
66. Johnny Neang
67. Brad Davis
68. Chris Schenkel
69. David Webb
70. Gary Klopp
71. Johnna Alvarez
72. Jeff Norton
73. Kenneth Martin
74. David Fitz
75. Allen Rutherford
76. Jim Fish
77. Michael Shrall
78. Matthew Ryan Loker
79. Michael Aynes
80. Tsz Yin Yip (John)

81. Andrew Pumphrey
82. Danny Blackmon
83. Daniel Ritz
84. Daniel F. Boyer
85. Sada Aman
86. Michelle Kilbane
87. Sean J. Lee
88. Tom Kohl
89. Steven John Martinson
90. Sunghee K. Poppe
91. Shay Maggard
92. Kenneth Rosen
93. Sascha Senften
94. Jon W. Kline
95. Kerry McConnon
96. Scott Provaznik
97. Mary Jean Brown
98. Stephen Glass
99. James Gribble
100. Nicole Tisdale
101. Chris Adams
102. Colby John Cormier
103. Jason Grote
104. Michael Smith
105. Robert Ibarra
106. Kevin Merriman
107. Cheryl Sterling
108. Catherine Harris

109. Kenneth D'Wayne Rucker
110. Brian Bridges
111. Ruben E. Castañeda
112. Arjan Vuktilaj
113. John Roberts
114. Matt Demo
115. Raja Agnani
116. Michael Kazmac
117. David Charles Dickerson
118. Daniel Anthony Golubek
119. Leonard L. Becker
120. Rachel McGrew
121. Eugenio Segovia
122. Kimberley Rossanese
123. Jennifer Ronson
124. Martin Jackson
125. Kim Marie Riches
126. Kevin Spigelmyer
127. Madeleine Elle Pomeroy
128. Isabella Lauren Pomeroy
129. Sophia Kathryn Pomeroy
130. Kenneth Eng
131. SilverBirch Hardwood Flooring Inc.
132. Brian Rider
133. Conrad Gumbs
134. Mark Patrick Leon Waslen
135. Angela Hamilton
136. Oscar Herrera

137. Terrence Shanklin
138. Michael Quatrone
139. Scott Lonergan,
140. Peter Boshra
141. Steven Rondell Cromer
142. Clifford Sage
143. Noorez Lalani
144. Scott Przybylinski
145. Tom Donahue
146. Laura Roberts
147. Mike Ciccarone
148. Ramiro Garcia
149. Richard Samya
150. Jeff Whiteside
151. Dewey Bryson
152. Hero Tran
153. Douglas Beman
154. Brad Trimble
155. Tommy Wang
156. AI Commerce Group, LLC
157. Andrew David Brewer
158. Bryce Barros
159. Lawrence Vincent Demena
160. Eddie Ka Hao Ngai
161. Freddy Perez
162. Domenic Pantaleo
163. Steven Daniel Knackmuhs
164. Lynne A George

NOTICE OF ERRATA RE PETITION FOR REMOVAL AND REQUEST FOR CORRECTION

1	165.	Matt Duve
2	166.	Chris Rhodes
3	167.	Gary Don Blackledge
4	168.	Uk Sun
5	169.	Bryan Naraky,
6	170.	Dean Patrick Jacklitch
7	171.	Mark Raidt
8	172.	Tim Harmon
9	173.	Brian Keith Mays
10	174.	Ramon Martinez
11	175.	Andrew Jay Groneman
12	176.	Glen Shaw
13	177.	Robert Todd Sickinger
14	178.	Renée Morris
15	179.	Ricky Dennis
16	180.	Stefano V. Fasulo
17	181.	Robert Cooling
18	182.	Angel Antonio Chapa
19	183.	Don Delach
20	184.	Shane Jermaine Waite
21	185.	Melgene Tubal
22	186.	Randy Yousif
23	187.	Richard Fox
24	188.	Lewis Frederick Knapp III
25	189.	Donna Indar
26	190.	Steven Baker Perry
27	191.	Malcolm Gilchrist
28	192.	David Benavidez

193. Anthony Tomoso
194. Jon Copeland
195. Michelle Gilster
196. Seifollah Mojab
197. James David Ogg
198. Nour Bachrouche
199. Josh Brulotte
200. James Spelock
201. William Hellmuth
202. Veronica Andalis
203. Shen Limei
204. Joseph Kalina
205. Bradley Tate
206. Henrich Bari
207. Anthony Auletta

The following individuals and entitles should be identified as Defendants in this action:

1. David Reichman
2. Kathy M. Griffin
3. Frank Benintendo
4. Donald Gilbert
5. Global Tech Industries Inc.

/ / /

/ / /

/ / /

/ / /

Petitioner/Removing Defendant Kathy Griffin accordingly respectfully requests that the docket be corrected to reflect the correct parties in this matter.

Dated: July 9, 2024                     Respectfully Submitted.

**ENENSTEIN PHAM GLASS & RABBAT LLP**

By: _____
Robert A. Rabbat
Nevada Bar Number 12633
*rrabbat@epgrlawyers.com*
Teri T. Pham
*Pro Hac Vice* forthcoming
*tpham@epgrlawyers.com*
11920 Southern Highlands Pkwy., Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Defendant Kathy M. Griffin*