ROBERT A. RABBAT
Nevada Bar #12633
TERI T. PHAM
California Bar #193383
*Pro Hac Vice* forthcoming
**ENENSTEIN PHAM GLASS & RABBAT LLP**
11920 Southern Highlands Parkway, Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
rrabbat@epgrlawyers.com
tpham@epgrlawyers.com
*Attorneys for Defendant*
*Kathy M. Griffin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WHITE ROCKS (BVI) HOLDINGS INC., et al. | Case No. 2:24-cv-01222 |
| Plaintiffs, | **CERTIFICATE OF INTERESTED PARTIES** |
| vs. | |
| DAVID REICHMAN, KATHY M. GRIFFIN, FRANK BENINTENDO, DONALD GILBERT, DOES I THROUGH X, INCLUSIVE, and ROE CORPORATIONS I THROUGH X, inclusive, | |
| Defendants. | |

In accordance with Fed.R.Civ.P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Kathy M. Griffin, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

1. There are no known interested parties other than those participating in the case.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated: July 9, 2024                **ENENSTEIN PHAM GLASS & RABBAT LLP**

By: _____
Robert A. Rabbat
Nevada Bar Number 12633
*rrabbat@epgrlawyers.com*
Teri T. Pham
*Pro Hac Vice* forthcoming
*tpham@epgrlawyers.com*
11920 Southern Highlands Pkwy., Suite 103
Las Vegas, Nevada 89141
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
*Attorneys for Defendant Kathy M. Griffin*