**Marquis Aurbach**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
acalaway@maclaw.com
  *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WHITE ROCKS (BVI) HOLDINGS INC., et al.,<br><br>    Plaintiffs,<br>vs.<br><br>DAVID REICHMAN, KATHY M. GRIFFIN, FRANK BENINTENDO, DONALD GILBERT, DOES I THROUGH X, INCLUSIVE, and ROE CORPORATIONS I THROUGH X, inclusive,<br><br>    Defendants,<br><br>GLOBAL TECH INDUSTRIES GROUP INC.,<br><br>    Nominal Defendant. | Case No.: 2:24-cv-01222-JAD-NJK<br><br>**STIPULATION AND ORDER TO REMAND** |

Pursuant to LR IA 6-2 and 7-1, the parties, by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 8, 2024, Defendant Kathy M. Griffin, filed a Notice of Removal of Action Pursuant to 28 U.S.C. § 1441(a) (Federal Question) and § 1441(b) (Diversity) [ECF No. 1] in this action;

WHEREAS, on July 10, 2024, Plaintiffs filed their Emergency Motion to Remand and Request for Fees and Costs [ECF No. 8] ("Motion to Remand"), pursuant to 28 U.S.C. § 1447(c);

/ / /

MAC:17683-002 5539552_1

WHEREAS, the Court set a briefing schedule and set a hearing on the Motion to Remand via minute order [ECF No. 9] filed July 11, 2024, with the hearing set for July 29, 2024 at 2:30 p.m.; and,

WHEREAS, the parties have since come to an agreement to resolve the pending motion and to preserve the Court's time and resources and the parties' respective time and resources.

NOW, THEREFORE, the parties hereby stipulate to the remand of these proceedings to the Eighth Judicial District Court of Nevada, in and for Clark County and request that the hearing be vacated.

| Dated this 16th day of July, 2024 | Dated this 16th day of July, 2024 |
|---|---|
| **MARQUIS AURBACH** | **ENESTEIN PHAM GLASS & RABBAT LLP** |
| By: */s/ Alexander K. Calaway* <br> Chad F. Clement, Esq. <br> Nevada Bar No. 12192 <br> Alexander K. Calaway, Esq. <br> Nevada Bar No. 15188 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> *Attorneys for Plaintiffs* | By: */s/ Teri T. Pham* <br> Robert A. Rabbat, Esq. <br> Nevada Bar No.12633 <br> Teri T. Pham <br> (Pro Hac Vice forthcoming) <br> California Bar No. 193383 <br> 11920 Southern Highlands Pkwy, #103 <br> Las Vegas, Nevada 89141 <br> *Attorneys for Defendant Kathy M. Griffin* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

MAC:17683-002 5539552_1